PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee
Report on Offender Under Supervision

Case Number: 3:05-00159 (handwritten, circled)

Name of Offender: Jason Howard Williams          Case Number: 3:06-00201-01

Name of Sentencing Judicial Officer: Honorable William J. Haynes, Jr., Chief U.S. District Judge

Date of Original Sentence: March 2, 2007

Original Offense: Interference with Commerce by Threats or Violence (Robbery), 18 U.S.C. § 1951.

Original Sentence: 96 months' custody followed by 2 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: May 2, 2014

Assistant U.S. Attorney: To be determined          Defense Attorney: David Cooper

---

THE COURT ORDERS:

☒ No Action    *as recommended* (handwritten)
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 16th day of
June, 2014, and made a part of the records
in the above case.

_____
Honorable William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place:   Columbia, Tennessee

Date:    June 12, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall refrain from any unlawful use of a controlled substance:**

   On May 12, 2014, Mr. Williams submitted a urine sample at the U.S. Probation Office which tested presumptively positive for marijuana. Mr. Williams admitted that he smoked marijuana on May 3, 2014, the day he was released from the halfway house. This officer verbally reprimanded him and reviewed the conditions of his release, specifically the condition prohibiting him from using illicit substances.

### Compliance with Supervision Conditions and Prior Interventions:

Jason Williams is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since May 2, 2014. He is employed with OHL Warehouse and Lowry Street Tattoos. He lives with his sister in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

While incarcerated, Mr. Williams completed the drug education program, and the Bureau of Prisons recommended he participate in the non-residential drug program. Mr. Williams was unable to complete this program while incarcerated as he was placed in a pre-release pilot program the last year of his incarceration, and that program was not offered to that unit. Paperwork has been sent to Mr. Williams for a referral to Centerstone, Madison, Tennessee, for an intake assessment to determine whether drug treatment is needed. He was placed in Phase 2 of the Code-a-Phone program for drug testing at the U.S. Probation Office in Nashville, Tennessee. Mr. Williams understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no action be taken by the Court, so that Mr. Williams can participate in substance abuse treatment. It is recommended that Mr. Williams continue on supervised release and undergo increased monitoring by the probation officer, and that this violation be held in abeyance. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____  
Vidette Putman  
Supervisory U.S. Probation Officer